1038

THE STATE OF WASHINGTON, *Appellant*, V. GEORGE EDWARD EZELL, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 69671, Donald J. Horowitz, J., entered January 6, 1975. *Affirmed* by unpublished opinion per Farris, J., concurred in by James and Swanson, JJ.

THE STATE OF WASHINGTON, *Respondent*, V. BELINDA JOYCE BRADFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 62818, James W. Mifflin, J., entered July 5, 1973. *Affirmed* by unpublished opinion per Farris, J., concurred in by James and Andersen, JJ.

THE STATE OF WASHINGTON, *Respondent*, V. JOHN THOMAS MUSIC, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 64918, John C. Tuttle, J., entered April 23, 1975. *Dismissed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, V. LEE DAVID URVINA, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 3853, James J. Lawless, J., entered May 16, 1974. *Affirmed* by unpublished per curiam opinion.